**WO**

NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron McCue, | No. CV-10-8111-PCT-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| BP America, | |
| Defendant. | |

Pending before the Court are Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. # 4) and Motion for Service by US Marshal (Dkt. # 5). After consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. # 4) is denied. Plaintiff is directed to pay the $350.00 filing fee on or before **July 15, 2010**.

**IT IS FURTHER ORDERED** denying Motion for Service by US Marshall (Dkt. # 5).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this action without further notice if Plaintiff fails to comply with this Order.

DATED this 7th day of July, 2010.

G. Murray Snow
United States District Judge